EDWIN ROHAN, an Infant, by JOHN E. ROHAN, His Guardian ad Litem, Appellant, *v.* HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.

(Argued January 11, 1935; decided February 26, 1935.)

*Elmer H. Lemon* for appellant.

*Stanley B. Johnson* and *William A. Earl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CROUCH, J.